KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Defendant
JOHNNY SILVA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-21-DMS |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING |
| JOHNNY SILVA, et. al. | |
| Defendants. | DATE: 1/20/23 @ 11 am<br>COURTROOM 13A |

The parties to the instant case, by and through their attorneys, hereby move the Court for an Order continuing the motion hearing and trial setting scheduled for January 20, 2023 at 11 a.m. to March 3, 2023 at 11 a.m. in order for the parties to further negotiate a possible disposition and conduct further investigation.

Defendant SILVA is out of custody and will file an Acknowledgement. Defendant TAPIA-MARTINEZ is in custody. Time under the Speedy Trial Act should be excluded. A discovery motion is on file.

Respectfully Submitted,

Dated: January 13, 2023

/s Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
ISAI BANDA IBARRA
Email: krutman@krutmanlaw.com

Dated: January 13, 2023

/s Soojin Cha
SOOJIN CHA
Attorney for Defendant
JORGE LUIS TAPIA-MARTINEZ
Email: Soojin_Cha@fd.org

Dated: January 13, 2023         s/Badih Mouannes
                                BADIH MOUANNES
                                Assistant U.S. Attorney
                                Email: Badih.Mouannes@usdoj.gov

## SIGNATURE CERTIFICATION

Pursuant to § 2(f) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

Dated: January 13, 2023         s/ Keith H. Rutman
                                KEITH H. RUTMAN
                                Attorney for Defendant
                                Email:  krutman@krutmanlaw.com